IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>ALMA ROSA CRUZ MORALES<br><br>xx-xx-2707<br><br>Debtor(s) | CASE NO. 17-02028-MCF13<br>Chapter 13<br><br><br><br>FILED & ENTERED ON MAR/15/2021 |

ORDER

    Upon the consent of the Debtor, the automatic stay is lifted. The hearing scheduled for March 25, 2021 is vacated and set aside.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 15 day of March, 2021.

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge